PER CURIAM.
The defendant seeks review of an upward departure from the sentencing guidelines. Both of the grounds[1] relied upon below have since been held insufficient by determinative decisions of our supreme court. State v. Jones, 530 So.2d 53 (Fla.1988) invalidates the first basis for departure; State v. Hope, 529 So.2d 275 (Fla.1988) the second. Accordingly, the cause is remanded for resentencing within the guidelines.

. 1. That the six counts of unlawful compensation for which the defendant was convicted occurred on a continuing basis over a relatively short period of time....
2. That the primary purpose of the six counts of unlawful compensation for which the defendant was convicted was to disrupt or hinder law enforcement....